UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARMIT SPORER, on behalf of herself and
all others similarly situated,

                              **Plaintiff,**                    24-CV-08112 (PAE)(SN)

      -against-                                    **ORDER**

GERMAN KITCHEN CENTER LLC, and
MAYAN METZLER,

                             **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 25, 2024, Plaintiff filed the Complaint. ECF No 1. Defendant German Kitchen Center, LLC was served on November 14, 2024. ECF No. 8. There is no proof of service on the docket as to Defendant Mayan Metzler. As of January 27, 2025, the Defendants have not made an appearance or otherwise answered. Plaintiff is ORDERED to file proof of service as to Defendant Metzler by February 3, 2025. Plaintiff is FURTHER ORDERED to file a letter by February 3, 2025, indicating whether Plaintiff has had any contact with Defendant German Kitchen Center, LLC or whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgment.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     New York, New York
                  January 27, 2025