UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARMIT SPORER, on behalf of herself and
all others similarly situated,

                      **Plaintiff,**                    24-CV-08112 (PAE)(SN)

      -against-                                  **ORDER**

GERMAN KITCHEN CENTER LLC, and
MAYAN METZLER,

                      **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties requested an extension of time to March 7, 2025, for Defendants to answer or otherwise respond to the Complaint, which the Court granted. ECF Nos. 10-11. Defendants have not filed an answer or motion. Defendants are ORDERED to file an answer or otherwise respond to Plaintiff's Complaint no later than March 14, 2025.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      March 10, 2025
                New York, New York