```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMIT SPORER, on behalf of herself and
all others similarly situated,

                            Plaintiff,                    24-CV-08112 (SN)

      -against-                              **ORDER OF DISMISSAL**

GERMAN KITCHEN CENTER LLC and
MAYAN METZLER,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on April 18, 2025, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 17. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice, with leave to reopen within 10 months of this Order.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     April 21, 2025
                New York, New York